Argued March 20, affirmed April 10, rehearing denied June 19, 1917.
Mandate recalled for correction July 3, 1917.

## ALBERT *v*. CITY OF SALEM.

(164 Pac. 569.)

From Marion: WILLIAM GALLOWAY, Judge.

This is a suit by J. H. Albert against the City of Salem. From a decree in favor of plaintiff, the defendant appealed. Affirmed. Rehearing denied.

For appellant there was a brief over the names of *Mr. Bert W. Macy,* City Attorney, *Mr. Grant Corby, Mr. William H. Trindle, Mr. Harold D. Roberts, Mr. Rollin K. Page* and *Mr. Woodson T. Slater,* with oral arguments by *Mr. Macy* and *Mr. Corby.*

For respondent there was a brief over the names of *Mr. John H. Carson, Mr. Claire M. Inman* and *Mr. John A. Carson,* with oral arguments by *Mr. Inman* and *Mr. John H. Carson.*

Department 2. MR. JUSTICE HARRIS delivered the opinion of the court. The plaintiff owns property adjacent to South 12th Street in the City of Salem and brought this suit for the purpose of canceling a local assessment which the city attempted to levy on his property to pay for the cost of paving a portion of the street. A trial in the Circuit Court terminated in a decree for the plaintiff. The appeal prosecuted by the defendant embraces the same improvement and assessment that were involved in *Watson* v. *Salem, ante,* p. 666 (164 Pac. 567, 164 Pac. 1184), and since the ruling made in that case is controlling here it necessarily

follows that the decree of the Circuit Court must be affirmed.          AFFIRMED.    REHEARING DENIED.

MR. CHIEF JUSTICE MCBRIDE, MR. JUSTICE BEAN and MR. JUSTICE MCCAMANT concur.